AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)    Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

District of Minnesota

United States of America
v.

ENRIQUE BERNAL GARCIA

Case No: 09-298 (01)
USM No:

Date of Original Judgment: 06/04/2010
Date of Previous Amended Judgment: _____
*(Use Date of Last Amended Judgment if Any)*

Pro Se
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of  X  the defendant  ☐ the Director of the Bureau of Prisons    the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☐ DENIED.    X GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  210  months **is reduced to**  168 months.  .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated  06/04/2010  shall remain in effect.
**IT IS SO ORDERED**.

Order Date:  December 13, 2016                                    s/ Michael J. Davis
                                                                              *Judge's signature*

Effective Date: _____                                  Judge Michael J. Davis
*(if different from order date)*                                      *Printed name and title*